NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMSTED RAIL COMPANY, INC., ASF-K DE MEXICO S. DE R.L. DE C.V., STRATO, INC., TTX CO.,**

*Plaintiffs-Appellants*

**WABTEC CORPORATION,**

*Plaintiff*

v.

**UNITED STATES INTERNATIONAL TRADE COMMISSION, ACTING SECRETARY TO THE UNITED STATES INTERNATIONAL TRADE COMMISSION KATHERINE M. HINER, in her official capacity, COALITION OF FREIGHT COUPLER PRODUCERS,**

*Defendants-Appellees*

---

2023-1355

---

Appeal from the United States Court of International Trade in No. 1:22-cv-00307-GSK, Judge Gary S. Katzmann.

---

2                          AMSTED RAIL COMPANY, INC. v. ITC

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.


                                        FOR THE COURT

July 5, 2023
    Date                                /s/ Jarrett B. Perlow
                                        Jarrett B. Perlow
                                        Clerk of Court


**ISSUED AS A MANDATE:** July 5, 2023